# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

PHILLIP ALEXANDER, et al.,

                Plaintiff,

    v.

PAUL BROWN FARMERS INSURANCE
AGENCY LLC, et al.,

                Defendants.

Case No. 2:17-cv-01623-APG-PAL

**ORDER DISMISSING CASE**

(ECF No. 7)

Plaintiff Phillip Alexander is a Canadian citizen residing in Nevada under a valid green card. ECF No. 1 at 3; ECF No. 9 at 1. Defendant Paul Brown Farmers Insurance Agency LLC is a Nevada entity. ECF No. 1 at 3; ECF No. 7 at 5, 9-10. Alexander alleges he was injured in a car accident caused by Farmers' insured, and that Farmers has not properly resolved Alexander's demand for compensation. Regardless of the merits of Alexander's claims, this court cannot exercise jurisdiction over this matter.

Alexander asserts no federal question in his complaint. Therefore, this court can exercise jurisdiction over this case only if complete diversity of citizenship exists. 28 U.S.C. § 1332. However, "the district courts shall not have original jurisdiction . . . of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State." 28 U.S.C. § 1332(a)(2). "Because of this provision, it is possible that an individual might be a citizen or subject of a foreign state but nevertheless be someone deemed a citizen-for-jurisdiction of one of the United States, if that individual is a permanent resident alien domiciled in a particular state." *Karazanos v. Madison Two Assocs.*, 147 F.3d 624, 627 (7th Cir. 1998). That is the case here: Alexander is a Canadian citizen lawfully admitted for permanent residence in the United States and domiciled in Nevada. Because he and Farmers are both citizens of Nevada, complete diversity is absent and this court

cannot exercise diversity jurisdiction over this case. Therefore, I must dismiss the case, without prejudice.

IT IS THEREFORE ORDERED that the defendant's motion to dismiss **(ECF No. 7) is GRANTED**. The plaintiff's motion for entry of default judgment **(ECF No. 11) is DENIED AS MOOT**. The case is dismissed without prejudice. The Clerk of the Court is instructed to close this file.

Dated: August 8, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE